**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| SEISMIC WELLS, LLC, AND BARRY TRANCKINO | § § § | |
| PLAINTIFFS, | § | CIVIL CASE NO: 5:15-cv-00148 |
| | § | |
| V. | § | |
| | § | |
| ROSS B. MATTHEWS, SINCLAIR OIL CORPORATION, THE SINCLAIR COMPANIES, AND SINCLAIR OIL AND GAS COMPANY | § § § § | |
| | § | JURY REQUESTED |
| DEFENDANTS | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS
DEFENDANTS' FIRST AMENDED COUNTERCLAIMS**

COME NOW Plaintiffs, Seismic Wells, LLC and Barry Tranckino, and file this Appendix in Support of Plaintiffs' Motion to Dismiss Defendants' First Amended Counterclaims and Brief in Support Thereof.

Respectfully submitted

**PASSMAN & JONES,**
  **A Professional Corporation**

By: */s/ Christopher A. Robison*
Christopher A. Robison
Texas Bar No. 24035720
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2500
(214) 742-2121 Telephone
(214) 748-7949 Facsimile
robisonc@passmanjones.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2015 a true and correct copy of the above and foregoing was delivered to counsel of record for the Defendants in this matter via the Court's ECF/PACER system.

>  */s/ Christopher A. Robison*
> Christopher A. Robison

## TABLE OF CONTENTS

| DESCRIPTION | APPENDIX PAGE RANGE |
| --- | --- |
| AFE's and Payments | Plaintiffs_001-012 |