Seismic Wells, L.L.C.  
5201 Rockport Way  
Edmond, OK 73013  
405 620-0220

Aug 3rd, 2005

DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Corporation        Miller Ranch                                     July 31st

| REFERENCE | DESCRIPTION OF CHARGES | AMOUNT | TOTAL |
|---|---|---|---|
| | ***LEASE OPERATING EXPENSE*** | | |
| | Pumper Cost | | |
| June 05 | Ronnie Reed Contract Pumping | $450 | $450 |
| | Administrative Expense | | |
| June 05 | Seismic Wells, L.L.C. | $500 | $500 |
| | Utilities | | |
| June 05 | Big Country Electric Coop Inc. | $382.50 | $382.50 |
| | Water Hauling | | |
| June 05 | Strawn Transport | $3255.25 | $3255.25 |
| June 05 | Total ***Lease Operating Expense*** | $4587.75 | $4587.75 |
| | Oil Sales | | |
| June 05 | Plains Marketing Check #00350088 | ($6129.79) | ($6129.79) |
| | Annual Lease Rental | | |
| June 05 | Miller Ranch Annual Lease Payments | $100,000 | $100,000 |
| | Well Deposit Requirements For RRC | | |
| | Texas RRC | $50,000 | $50,000 |

TOTAL CHARGES FOR MILLER RANCH                                          $148457.96

| Account | % Interest | |
|---|---|---|
| Sinclair Oil Corporation | .375 | $55,671.74 |

**Sinclair Oil and Gas Company**  
PAYMENT ADVICE    3055350   CHECK NUMBER   **13055350**

| INVOICE NUMBER | INVOICE DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| 080305 | 08/11/05 | | 55,671.74 | | 55,671.74 |
| | | ** TOTAL ** | 55,671.74 | .00 | 55,671.74 |

Seismic Wells, L.L.C.  
5201 Rockport Way  
Edmond, OK 73013  
405 620-0220

Sep 1st, 2005

DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Corporation    Miller Ranch    August

| REFERENCE | DESCRIPTION OF CHARGES | AMOUNT | TOTAL |
|---|---|---|---|
| | ***LEASE OPERATING EXPENSE*** | | |
| | Pumper Cost | | |
| July 05 | Ronnie Reed Contract Pumping | $450 | $450 |
| | Administrative Expense | | |
| July 05 | Seismic Wells, L.L.C. | $500 | $500 |
| | Utilities | | |
| July 05 | Big Country Electric Coop Inc. | $962.24 | $962.24 |
| | Water Hauling | | |
| July 05 | Strawn Transport | $5531.75 | $5531.75 |
| July 05 | Total ***Lease Operating Expense*** | $7443.99 | $7443.99 |
| | Oil Sales | | |
| July 05 | Plains Marketing Check #00356304 | ($7525.50) | ($7525.50) |

Sinclair Oil Corporation

| Account | % Working Interest | |
|---|---|---|
| Revenue Check | .375 (7525.50) | $2822.06 |
| LOE Invoice Due | .375 ($7443.99) | $2791.50 |

**Sinclair Oil and Gas Company**  
PAYMENT ADVICE  
3055640 CHECK NUMBER  **13055640**

| INVOICE NUMBER | DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| 090105 | 09/08/05 | | 2,791.50 | | 2,791.50 |
| | | ** TOTAL ** | 2,791.50 | .00 | 2,791.50 |

Seismic Wells, L.L.C.  Oct 3rd, 2005
5201 Rockport Way
Edmond, OK 73013
405 620-0220

DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Corporation      Miller Ranch                              Sep 31st

| REFERENCE | DESCRIPTION OF CHARGES | AMOUNT | TOTAL |
|---|---|---|---|
| | ***LEASE OPERATING EXPENSE*** | | |
| | Pumper Cost | | |
| Aug 05 | Ronnie Reed Contract Pumping | $450 | $450 |
| | Administrative Expense | | |
| Aug 05 | Seismic Wells, L.L.C. | $500 | $500 |
| | Utilities | | |
| Aug 05 | Big Country Electric Coop Inc. | $776.34 | $776.34 |
| | Water Hauling | | |
| Aug 05 | Strawn Transport | $11,213 | $11,213 |
| Aug 05 | Total ***Lease Operating Expense*** | $12,939.34 | $12,939.34 |
| | Oil Sales | | |
| Aug 05 | Plains Marketing Check #00356304 | ($16,232.46) | ($16,232.46) |

Sinclair Oil Corporation

| Account | % Working Interest | |
|---|---|---|
| Revenue Check (Net) | .375 (16,232.46) | $6087.17 |
| LOE Invoice Due | .375 ($12,939.34) | $4852.25 |

| Sinclair Oil and Gas Company PAYMENT ADVICE | | 3055909 CHECK NUMBER | 13055909 | |
|---|---|---|---|---|
| INVOICE NUMBER | DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
| 101205 | 10/13/05 | | 537,950.00 | | 537,950.00 |
| 093005 | 10/13/05 | | 4,852.25 | | 4,852.25 |
| | | ** TOTAL ** | 542,802.25 | .00 | 542,802.25 |

Seismic Wells, L.L.C.  
5201 Rockport Way  
Edmond, OK 73013  
405 620-0220

Nov 3rd, 2005

DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Corporation          Miller Ranch                              Oct 31st

| REFERENCE | DESCRIPTION OF CHARGES | AMOUNT | TOTAL |
|---|---|---|---|
| | ***LEASE OPERATING EXPENSE*** | | |
| | Pumper Cost | | |
| Sep 05 | Ronnie Reed Contract Pumping | $450 | $450 |
| | Administrative Expense | | |
| Sep 05 | Seismic Wells, L.L.C. | $500 | $500 |
| | Utilities | | |
| Sep 05 | Big Country Electric Coop Inc. | $1089.45 | $1089.45 |
| | Water Hauling | | |
| Sep 05 | Strawn Transport | $5313.50 | $5313.50 |
| Sep 05 | Total ***Lease Operating Expense*** | $7352.95 | $7352.95 |
| | Oil Sales | | |
| Sep 05 | Plains Marketing Check #00356304 | ($15707.52) | ($15707.52) |

Sinclair Oil Corporation

| Account | % Working Interest | |
|---|---|---|
| Sinclair receives 37.5% of 77% | | |
| **Revenue Check (Net)** | .375 of .77= 28.875% | $5638.76 |
| **LOE Invoice Due** | .375 ($7352.95) | $2757.36 |

**Sinclair Oil and Gas Company**  
PAYMENT ADVICE   3056168   CHECK NUMBER   **13056168**

| INVOICE NUMBER | INVOICE DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| 110305 | 11/11/05 | | 2,757.36 | | 2,757.36 |
| | | ** TOTAL ** | 2,757.36 | .00 | 2,757.36 |

Seismic Wells, L.L.C.  Dec 3rd, 2005
5201 Rockport Way
Edmond, OK 73013
405 620-0220

## DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Corporation            Miller Ranch            Nov 30th

| REFERENCE | DESCRIPTION OF CHARGES | AMOUNT | TOTAL |
|---|---|---|---|
|  | ***LEASE OPERATING EXPENSE*** |  |  |
|  | Pumper Cost |  |  |
| Oct 05 | Ronnie Reed Contract Pumping | $450 | $450 |
|  | Administrative Expense |  |  |
| Oct 05 | Seismic Wells, L.L.C. | $500 | $500 |
|  | Utilities |  |  |
| Oct 05 | Big Country Electric Coop Inc. | $629.49 | $629.49 |
|  | Water Hauling |  |  |
| Oct 05 | Strawn Transport | $4252.50 | $4252.50 |
| Oct 05 | Total ***Lease Operating Expense*** | $5831.99 | $5831.99 |
|  | Oil Sales |  |  |
| Oct 05 | Plains Marketing Check #00374758 = .839375 | ($7,229.15) | ($7,229.15) |

### Sinclair Oil Corporation

Account                          % Working Interest
Sinclair receives 37.5% of 77%

Revenue Check (Net)              .375 of .77 = 28.875%              $2486.86
$7229.15 / 83.9375 = $86.125 per 1% NRI X 28.875 = $2486.86

Section 528 Leasing & Land Costs    .375 of $50,000               $18,750

LOE October                         .375 ($7352.95)                $2186.99

                                              Total Due           $20,936.99

---

**Sinclair Oil and Gas Company**  PAYMENT ADVICE   3056509  CHECK NUMBER   **13056509**

| INVOICE NUMBER | DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| 120305 | 12/14/05 |  | 20,936.99 |  | 20,936.99 |
|  |  | ** TOTAL ** | 20,936.99 | .00 | 20,936.99 |

Seismic Wells, L.L.C.  
5201 Rockport Way  
Edmond, OK 73013  
405 620-0220  

Feb28th, 2006

DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Corporation            Miller Ranch                                  Feb28

| REFERENCE | DESCRIPTION OF CHARGES<br>***LEASE OPERATING EXPENSE*** | AMOUNT | TOTAL |
|---|---|---|---|
|  | Pumper Cost |  |  |
| Jan 05 | Ronnie Reed Contract Pumping<br>525,5271,5271A,5272A & 5901A | $1050 | $1050 |
|  | Administrative Expense |  |  |
| Jan 05 | Seismic Wells, L.L.C. | $2500 | $2500 |
|  | Utilities |  |  |
| Jan 05 | Big Country Electric Coop Inc. | $2934.75 | $2934.75 |
| Jan 05 | Smith Hot Oil/Steam | $2045.55 | $2045.55 |
|  | Water Hauling/Vacuum |  |  |
| Jan 05 | Strawn Transport/Midwestern | $9447.73 | $9447.73 |
| Jan 05 | Total ***Lease Operating Expense*** | $17918.33 | $17918.33 |
|  | Oil Sales |  |  |
| Jan 05 | Plains Marketing Check #00380701& 00384 | ($22807.55) | ($22807.55) |

**Sinclair Oil Corporation**

| Account | % Working Interest | |
|---|---|---|
| Sinclair receives 37.5% of 77% | | |
| Revenue Check (Net) | .375 of .77=.375 x $6408.03 | $2403.11 |
|  | .375 of .77= .375 x $7772.48 | $2914.68 |
| $8627.04=83.9375 (77%=$7914) | .375 of .77= .375 x $7914 | $2967.75 |
| **Revenue Check Total** |  | **$8285.54** |
| **Miller Ranch Invoice Costs Exclusive of AFE** |  | **$43,656.30** |
| **LOE Thru Jan** | .375 ($17,918.33) | **$6,719.37** |
|  | **Total Due** | **$50,375.67** |

---

**Sinclair Oil and Gas Company**  
PAYMENT ADVICE          3057330   CHECK NUMBER   **13057330**

| INVOICE NUMBER | DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| 022806JIB | 03/03/06 |  | 6,741.76 |  | 6,741.76 |
| AFE & WORK | 03/03/06 |  | 43,511.37 |  | 43,511.37 |
|  |  | ** TOTAL ** | 50,253.13 | .00 | 50,253.13 |

Seismic Wells, L.L.C.  Mar 28th, 2006
5201 Rockport Way
Edmond, OK 73013
405 620-0220

## DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Interest          Miller Ranch

| REFERENCE | DESCRIPTION OF CHARGES | AMOUNT | TOTAL |
|---|---|---|---|
| | ***LEASE OPERATING EXPENSE*** | | |
| | Pumper Cost | | |
| Feb 05 | Ronnie Reed Contract Pumping 525,5271,5271A,5272A & 5901A | $1050 | $1050 |
| | Administrative Expense | | |
| Feb 05 | Seismic Wells, L.L.C. | $2500 | $2500 |
| | Utilities | | |
| Feb 05 | Big Country Electric Coop Inc. | $1976.36 | $1976.36 |
| Feb 05 | Ira Supply Chemical Pumps and Setup | $1024.21 | $1024.21 |
| Feb 05 | Water Hauling/Hot Oil/Strawn Transport | $7602.11 | $7602.11 |
| Feb 05 | Total ***Lease Operating Expense*** | $14,152.68 | $14152.68 |
| | Oil Sales | | |
| Feb 05 | Plains Marketing Check #00399234 | ($23280.82) | ($23280.82) |

### Sinclair Oil Interest

| Account | % Working Interest | |
|---|---|---|
| Sinclair Oil Interest receive 37.5% of 77% | | |
| Revenue Check (Net) | .375 of .77= $14,422.26 | $5408.35 |
| | .375 of .77= $7559.15 | $2834.68 |
| **Revenue Total** | | **$8243.03** |
| **Previously Paid** | | **$6347.13** |
| **Correction Amount** | | **$1895.90** |
| **LOE Thru Feb** | .375($14,152.68) | **$5307.25** |
| | Total Due | **$5307.25** |

**Sinclair Oil and Gas Company**  PAYMENT ADVICE   3057680  CHECK NUMBER  **13057680**

| INVOICE NUMBER | INVOICE DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| 032806 | 04/14/06 | | 5,307.25 | | 5,307.25 |
| | | ** TOTAL ** | 5,307.25 | .00 | 5,307.25 |

Seismic Wells, L.L.C.  
5201 Rockport Way  
Edmond, OK 73013  
405 620-0220  

April 28th, 2006

### DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Interest                    Miller Ranch

| REFERENCE | DESCRIPTION OF CHARGES | AMOUNT | TOTAL |
|---|---|---|---|
| | ***LEASE OPERATING EXPENSE*** | | |
| | Pumper Cost | | |
| Mar 05 | Ronnie Reed Contract Pumping 525,5271,5271A,5272A & 5901A | $1050 | $1050 |
| | Administrative Expense | | |
| Mar 05 | Seismic Wells, L.L.C. | $2500 | $2500 |
| | Utilities | | |
| Mar 05 | Big Countries Electric Coop Inc. | $1400.02 | $1400.02 |
| Mar 05 | Reef Chemical | $1544.29 | $1544.29 |
| Mar 05 | Water Hauling/Strawn Transport | $5637.56 | $5637.56 |
| Mar 05 | Total ***Lease Operating Expense*** | $12131.87 | $12131.87 |
| | Oil Sales | | |
| Mar 05 | Plains Marketing Check #00399234 | ($31,838.26) | ($31,838.26) |

**Sinclair Oil Interest**

Account                            % Working Interest  
Sinclair Oil Interest receive 37.5%WI of 77%NRI

| | | |
|---|---|---|
| Revenue Check (Net) | $31,838.26 = .839375NRI | $29206.80 = .77NRI |
| **Revenue Total** | .375 x 29206.80 | $10,952.55 |
| **Total** | | |
| **LOE Thru Mar** | .375($12,131.26) | $4549.22 |
| | Total Due | $4549.22 |

---

**Sinclair Oil and Gas Company**  
PAYMENT ADVICE    3057978 CHECK NUMBER    **13057978**

| INVOICE NUMBER | INVOICE DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| 042806 | 05/17/06 | | 4,549.22 | | 4,549.22 |
| | | ** TOTAL ** | 4,549.22 | .00 | 4,549.22 |

Seismic Wells, L.L.C.  May 28th, 2006
5201 Rockport Way
Edmond, OK 73013
405 620-0220

DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Interest          Miller Ranch

| REFERENCE | DESCRIPTION OF CHARGES<br>***LEASE OPERATING EXPENSE*** | AMOUNT | TOTAL |
|---|---|---|---|
| | Pumper Cost | | |
| April 05 | Ronnie Reed Contract Pumping<br>525,5271,5271A,5272A & 5901A<br>Administrative Expense | $1050 | $1050 |
| April 05 | Seismic Wells, L.L.C. | $2500 | $2500 |
| | Utilities | | |
| April 05 | Big Countries Electric Coop Inc. | $1651.32 | $1651.32 |
| April 05 | Water Hauling/Strawn Transport | $5086.60 | $5086.60 |
| April 05 | Total ***Lease Operating Expense*** | $10287.92 | $10287.92 |
| | Oil Sales | | |
| April 05 | Plains Marketing Check #00399234 | ($35,812.32) | ($35,812.32) |

**Sinclair Oil Interest**

| Account | % Working Interest | |
|---|---|---|
| Sinclair Oil receive 3/8ths of 77% | | |
| Revenue Check (Net) | $27,440.38 = .839375 | $25172.41 = .77<br>$8371.94 = .77 |
| **Revenue Total** | .375 x 33,544.35 | $12,579.13 |
| **LOE Thru April** | .375($10,287.92) | $3857.97 |
| **Check** | | $12579.13 |
| Total Due | | $3857.97 |

| | Sinclair Oil and Gas Company<br>PAYMENT ADVICE | | 3058244 | CHECK NUMBER | 13058244 |
|---|---|---|---|---|---|
| INVOICE NUMBER | DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
| 052806 | 06/16/06 | | 3,857.97 | | 3,857.97 |
| | | ** TOTAL ** | 3,857.97 | .00 | 3,857.97 |

Seismic Wells, L.L.C.  
5201 Rockport Way  
Edmond, OK 73013  
405 620-0220  

June 28th, 2006

## DETAIL OF CHARGES FOR LEASE EXPENSE

Sinclair Oil Interest        Miller Ranch

| REFERENCE | DESCRIPTION OF CHARGES | AMOUNT | TOTAL |
|---|---|---|---|
| | ***LEASE OPERATING EXPENSE*** | | |
| | Pumper Cost | | |
| May 05 | Ronnie Reed Contract Pumping 525,5271,5271A,5272A & 5901A | $1050 | $1050 |
| | Administrative Expense | | |
| May 05 | Seismic Wells, L.L.C. | $2500 | $2500 |
| | Utilities | | |
| May 05 | Big Countries Electric Coop Inc. | $1242.93 | $1242.93 |
| May 05 | Water Hauling/Strawn Transport | $7873.50 | $7873.50 |
| May 05 | Total ***Lease Operating Expense*** | $12,666.43 | $12,666.43 |
| | Oil Sales | | |
| May 05 | Plains Marketing Check #00417628 | ($45,871.84) | ($45,871.84) |

**Sinclair Oil Interest**

Account                                         % Working Interest  
Sinclair Oil receive 3/8ths of 77%

| | | |
|---|---|---|
| Revenue Check (Net) | $37,070.33 = .839375 | $34,006.44 = .77 |
| | | $8801.44 = .77 |
| **Revenue Total** | .375 x 42,807.44 | $16,052.79 |
| **LOE Thru May** | .375($12,666.43) | $4,749.91 |
| **Check** | | $16,052.79 |
| Total Due | | $4,749.91 |

---

**Sinclair Oil and Gas Company**  
PAYMENT ADVICE     3058672 CHECK NUMBER     **13058672**

| INVOICE NUMBER | DATE | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| 062806 | 07/27/06 | | 4,749.91 | | 4,749.91 |
| | | ** TOTAL ** | 4,749.91 | .00 | 4,749.91 |



October 11, 2005

Seismic Wells, L.L.C.
Attn: Barry Tranckino
5201 East Rockport Way
Edmond, Oklahoma 73013

RE: Miller Ranch 527-1A, 527-1B & 590-1A
Drill and Complete to Spraberry formation (5300')
Borden County, Texas

Dear Mr. Tranckino:

Attached you will find Sinclair Oil Corporation's election to participate in the above referenced AFE(s).

Please call me, with any questions pertaining to this matter, at (801) 524-2911.

Thank you,

Tabra A. Brisk
Exploration and Production

550 E. SOUTH TEMPLE • P.O. BOX 30825 • SALT LAKE CITY, UTAH 84130-0825
801-524-2700

## SEISMIC WELLS, L.L.C. COST ESTIMATE
## AUTHORITY FOR EXPENDITURE

| LEASE: MILLER | WELL NO 527-1A | 527-2A & 590-1A(3 Wells) | AFE Per Well DATE:09/03/05 |
|---|---|---|---|
| LOCATION: Appx. 1380' FNL & 467' FEL, Sec 527, BLOCK. 97 H & T. C. R.R. CO. | | | |
| COUNTY/PARISH: BORDEN | STATE: TEXAS | Development: | |
| FIELD: HOOD & GAVETT | | PROPOSED FORMATION: | SPRABERRY |
| PROPOSAL: To drill to a depth to sufficiently test the SPRABERRY Formation at appx. 5300' | | | |

| INTANGIBLES: | BCP COST | ACP COST | COMPLETED WELL COST |
|---|---|---|---|
| | | COST PER WELL | |
| LOCATION SURVEY. PLATS. DAMAGES & PERMI11.500T | $7500 | $2.500 | $10000 |
| DIRTWORK, ROAD, LOCATION & PITS | $7500 | $2500 | $10000 |
| FOOTAGE 5400' @ $18.50    PER    FOOT | $99,900 | $0 | $99,900 |
| DAY WORK 3 Days WDP @ $7800 PER DAY | $23,400 | $ | $23,400 |
| MIRU ROMO | $10,000? | | $10,000? |
| WATER & FUEL | $15,000 | $2,500 | $17.500 |
| MUD & CHEMICALS | $15,000 | | $15.000 |
| CEMENTING SERVICES | $20.000 | $12,000 | $32,000 |
| PIT LINING* WELDING | $4,000 | $1,000 | $5,000 |
| OPEN HOLE LOGGING, ETC. | $15,000 | $2,500 | $17.500 |
| GEOLOGICAL SERVICES    . MUD LOGGING) | $7500? | | $7500? |
| RENTAL EQUIPMENT, FRAC TANKS, CONTINGENCY, etc | $7500 | $2500 | $10000 |
| TRUCKING , ETC. | $5000 | $1000 | $6000 |
| CASING CREWS | $7.000 | $3.000 | $10,000 |
| COMPLETION UNIT    3 DAYS@$2,200.00/DAY | | $6600 | $6600 |
| PERFORATING& ACID | | $4,500 | $4,500 |
| LEGAL DRILLING OPINION | $2,200 | $1,820 | $4,020 |
| WASTE DISPOSAL 3, RESTORATION | $5,000 | $1,500 | $6.500 |
| GANG TRUCK. ROUSTABOUT, ETC. | $300 | $4.000 | $4,300 |
| SUPERVISION | $14.700 | $2200 | $16,900 |
| DRILLING OVERHEAD | $4,500 | | $4500 |
| REVERSE UNIT, B.O.P. | | $3.000 | $3,000 |
| TOTAL INTANGIBLE cost: | $271000 | $53120 | $324120 |

| TANGIBLES: | BCP COST | ACP COST | COMPLETED WELL COST |
|---|---|---|---|
| SURFACE CASING 200' 13 3/8- @ 25,00 | $5000 | | $5000 |
| INTERMEDIATE CASING 3500' 85/8ths 32lb | $71960 | | $71960 |
| PRODUCTION CASING    5400'   51/2 J55 15.5 | $0 | $53298 | $53298 |
| FLOAT EQUIPMENT. SHOES & CENTRAUZERS | $2000 | $4000 | $6000 |
| WELLHEAD EQUPMENT | | $2,100 | $2,100 |
| PUMPING UNIT (in stock) | | | $0 |
| SUCKER RODS (in stock) | | | $0 |
| CIRCULATING PUMP, ETC. | | $700 | $700 |
| TANKS ( Existing Tanks) | | $0 | $0 |
| TREATERS  SEPARATORS    Existing | | $0 | $0 |
| ELECTRICAL SERVICE | | $2500 | $2500 |
| PACKERS, ANCHORS. HANGERS, ETC. | | $3.000 | $3.000 |
| SURFACE PIPING, VALVES & FITTINGS | | $2,500 | $2,500 |
| CHOKE & FLOWLine | | $2,000 | $2,000 |
| MISC. EQUIPMENT ) | | $5,000 | $5,000 |
| TOTAL TANGIBLE COST: | $78960 | $75098 | $154058 |
| TOTAL WELL COST: | $349960 | $128218 | $478178 |

| TOTAL ESTIMATED COST OF WELL: $478178 | | JOINT INTEREST APPROVAL: | | |
|---|---|---|---|---|
| TOTAL ESTIMATED COST OF 3    $1,434,534 | | | | |
| | | COMPANY:    SINCLAIR | | |
| INTANGIBLES:    $349960    X | 3 WELLS =$1049880 | SHARE OF COSTS: BCP%: | 37.5% | $393,705 |
| TANGIBLES:    $128218    X | 3 WELLS= $384654 | ACP%: 37.5% | 37.5% | $144245. |
| SUPPLEMENTAL. | | | | |
| TOTAL:    $478178 X | 3 WELLS = $1434534 X | | 37.5% | = $537950 |
| Additional Leasing SEC 528   = | $50,000 X 37.5%= $18750 | TOTAL DUE BCP & Leasing=$412455 | | |

IT IS RECOGNIZED THAT THE AMOUNTS PROVIDED FOR HEREIN ARE ESTIMATES ONLY, AND APPROVAL OF THIS AUTHORIZATION SHALL EXTEND TO THE ACTUAL COSTS OF BCP & ACP PERCENTAGES AS SHOWN ABOVE)
IN CONDUCTING THE OPERATION SPECIFIED EITHER MORE OR LESS THAN HEREIN SET OUT. BY SIGNING BELOW, PARTICIPANT AGREES TO PAY ITS SHARE OF ACTUAL COSTS IN EXCESS OF THIS ESTIMATED AFE.

| PREPARED BY: Barry Tranckino | APPROVED BY: X Ron Matthews |
|---|---|
| TITLE: MANAGER | |

---

## Sinclair Oil and Gas Company
PAYMENT ADVICE

3055909   CHECK NUMBER   **13055909**

| INVOICE | | COMMENT | GROSS | DEDUCTIONS | AMOUNT PAID |
|---|---|---|---|---|---|
| NUMBER | DATE | | | | |
| 101205 | 10/13/05 | | 537,950.00 | | 537,950.00 |
| 093005 | 10/13/05 | | 4,852.25 | | 4,852.25 |
| | | ** TOTAL ** | 542,802.25 | .00 | 542,802.25 |